IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ESTELLA BYRD, et al. | * |
| Plaintiffs, | * |
| v. | *   CASE NUMBER: |
| AMERIQUEST MORTGAGE COMPANY, et al. | * |
| Defendants, | * |

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s)___ACC Capital Holdings Corp., c/o National__ Registered Agents, Inc., 150 South Perry Street, Montgomery, Alabama 36104_____

by certified mail pursuant to Alabama Rules if Civil Procedure 4(i) (2) and Federal Rules of Civil Procedure 4(e)(i).

_____
Signature of Attorney