IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

ESTELLA BYRD, et al.        *
                            *
    Plaintiffs,             *
                            *
v.                          *        CASE NUMBER:
                            *
                            *
AMERIQUEST MORTGAGE         *
COMPANY, et al.             *
                            *
    Defendants,             *
                            *
                            *

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s)___ Citi Residential Lending, Inc., c/o CSC Lawyers Incorporating Services, Inc., 150 South Perry Street, Montgomery, Alabama 36104_____

by certified mail pursuant to Alabama Rules if Civil Procedure 4(i) (2) and Federal Rules of Civil Procedure 4(e)(i).

_____
Signature of Attorney