IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

ESTELLA BYRD, et al.

    Plaintiffs,

v.                                                    CASE NUMBER:

AMERIQUEST MORTGAGE
COMPANY, et al.

    Defendants,

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s)___ _Ameriquest Mortgage Company, c/o National__ Registered Agents, Inc., 150 South Perry Street, Montgomery, Alabama 36104_____ by certified mail pursuant to Alabama Rules if Civil Procedure 4(i) (2) and Federal Rules of Civil Procedure 4(e)(i).

_____
Signature of Attorney