IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ESTELLA BYRD, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NUMBER: |
| | * | |
| | * | |
| AMERIQUEST MORTGAGE | * | |
| COMPANY, et al. | * | |
| | * | |
| Defendants, | * | |
| | * | |
| | * | |

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s)___ AMC Mortgage Services, Inc., c/o National__ Registered Agents, Inc., 150 South Perry Street, Montgomery, Alabama 36104_____ by certified mail pursuant to Alabama Rules if Civil Procedure 4(i) (2) and Federal Rules of Civil Procedure 4(e)(i).

_____
Signature of Attorney