FILED
2008 Apr-02 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION** / **COMPLETE THIS SECTION ON DELIVERY**

2. Article Number: 7160 3901 9841 5330 8705

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) ☑ Yes

1. Article Addressed to:
Ameriquest Mortgage Company
National Registered Agents Inc., of Alabama
150 South Perry Street
Montgomery, Alabama 36104

CV-08-RRA-0511-S

A. Received by (Please Print Clearly): D. McLendon
B. Date of Delivery: 03/20/08
C. Signature: x D. McLendon
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1?
  ☐ Yes  ☐ No
  If YES, enter delivery address below:

PS FORM 3811, January 2005 — Domestic Return Receipt