**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): D. MELTON 03/20/08
B. Date of Delivery: 03/20/08
C. Signature: X D. Melton — Agent / Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

CV-08-RRA-0511-S

2. Article Number: 7160 3901 9841 5330 8712
Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee) ☑ Yes

Article Addressed to:

AMC Mortgage Services, Inc.
National Registered Agents Inc., of Alabama
150 South Perry Street
Montgomery, Alabama 36104

PS FORM 3811, January 2005        Domestic Return Receipt