FILED
2008 Apr-02 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): B. Bethea
B. Date of Delivery: 3/21/08
C. Signature: X B. Bethea
Agent / Addressee: ☐ / ☐
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2. Article Number: 7160 3901 9841 5330 8736
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): ☑ Yes

1. Article Addressed to:

Citi Residential Lending, Inc.
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

CV-08-RRA-0511-S

FILED
2008 MAR 28  AM 11:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

PS FORM 3811, January 2005      Domestic Return Receipt