IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTELLA BYRD; et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>INC., et al. )<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 08-RRA-0511-S |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure undersigned counsel for Defendant Ameriquest Mortgage Company Inc., ("Ameriquest" or "Defendant") respectfully certifies the following information with respect to the parents, subsidiaries, affiliates, members, trustees, and managers of Ameriquest and files this Disclosure Statement.  Ameriquest is a private Delaware corporation with no publicly-traded affiliates, subsidiaries, or parent.  Ameriquest's parent corporation is ACC Capital Holdings Corporation.  ACC Capital Holdings Corporation is a private Delaware corporation with no publicly-traded affiliates, subsidiaries, or parent.   ACC Capital's parent corporation is SBP Capital Corporation (formerly known as ACC Capital Corporation – this name change became effective January 2, 2008).   SBP Capital Corporation is a private corporation.

DOCSBHM\1554102\1\

                                        /s/  Robin L. Beardsley  
                                        Kerry P. McInerney (MCI015)  
                                        Robin L. Beardsley (BEA066)  
                                        Attorneys for  
                                        Ameriquest Mortgage Company  

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**  
2311 Highland Avenue South  
Post Office Box 55727  
Birmingham, AL 35255-5727  
Tel.:   (205) 930-5100  
Fax:   (205) 930-5335

## CERTIFICATE OF SERVICE

      I hereby certify that on the __th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William H. Robertson, V
C. Lance Gould
Beasley, Allen, Crow, Methvin
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36130-4160

                                            /s/ Robin Beardsley
                                            Of Counsel