STAY, TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:08–cv–00511–RRA

| | |
|---|---|
| Byrd et al v. Ameriquest Mortgage Company, Inc. et al | Date Filed: 03/24/2008 |
| Assigned to: Magistrate–Judge Robert R Armstrong | Date Terminated: 05/09/2008 |
| Cause: 15:1601 Truth in Lending | Jury Demand: Plaintiff |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Estella Byrd**    represented by    **C Lance Gould**
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: lance.gould@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: bill.robertson@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Abrams**    represented by    **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Abrams**    represented by    **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Genry**                                represented by   **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Genry**                               represented by   **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessie Williams**                            represented by   **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Williams**                             represented by   **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Cecil Abernathy** | represented by | **C Lance Gould** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **William H Robertson, V** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Holland Cox, III** | represented by | **C Lance Gould** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **William H Robertson, V** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rena Jackson** | represented by | **C Lance Gould** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **William H Robertson, V** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jamey Watkins** | represented by | **C Lance Gould** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **William H Robertson, V** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly Watkins** | represented by | **C Lance Gould** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **William H Robertson, V** <br> (See above for address) <br> *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

George Trotter                      represented by    **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dorothy Holloway                represented by    **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Ameriquest Mortgage Company, Inc.        represented by    **Kerry P McInerney**
SIROTE AND PERMUTT PC
PO Box 55727
Birmingham, AL 35255−5727
930−5100
Email: kmcinerney@sirote.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin L Beardsley**
SIROTE &PERMUTT PC
2311 Highland Avenue South
PO Box 55727
Birmingham, AL 35255−5727
205−930−5100
Fax: 205−930−5101
Email: rbeardsley@sirote.com
*ATTORNEY TO BE NOTICED*

**Defendant**

AMC Mortgage Services, Inc.            represented by    **Kerry P McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Robin L Beardsley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ACC Capital Holdings Corporation**    represented by  **Kerry P McInerney**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Robin L Beardsley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citi Residential Lending, Inc.**    represented by  **Kerry P McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Robin L Beardsley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | COMPLAINT against all dfts (Filing fee $ 350.00, receipt200–245103), filed by Plas' Estella Byrd, et al.(CTS, ) (Entered: 03/25/2008) |
| 03/24/2008 | 2 | Request for service by certified mail upon dft ACC Capital Holdings Corp. filed by plas' Estella Byrd, et al. (CTS, ) (Entered: 03/25/2008) |
| 03/24/2008 | 3 | Request for service by certified mail upon Citi Residential Lending, Inc. filed by Estella Byrd. (CTS, ) (Entered: 03/25/2008) |
| 03/24/2008 | 4 | Request for service by certified mail upon Ameriquest Mortgage Company filed by plas' Estella Byrd, et al. (CTS, ) (Entered: 03/25/2008) |
| 03/24/2008 | 5 | Request for service by certified mail upon AMC Mortgage Services, Inc. filed by plas' Estella Byrd, et al. (CTS, ) (Entered: 03/25/2008) |
| 03/25/2008 |  | Summons Issued as to dfts Ameriquest Mortgage Company, Inc., AMC Mortgage Services, Inc., ACC Capital Holdings Corporation &Citi Residential Lending, Inc.. Sent by cert mail. (CTS, ) (Entered: 03/25/2008) |
| 03/26/2008 | 8 | SUMMONS Returned Executed upon ACC Capital Holdings Corporation served on 3/26/2008, answer due 4/15/2008. (CTS, ) (Entered: 04/02/2008) |
| 03/27/2008 | 9 | SUMMONS Returned Executed upon Citi Residential Lending, Inc. served on 3/27/2008, answer due 4/16/2008. (CTS, ) (Entered: 04/02/2008) |
| 03/28/2008 | 6 | SUMMONS Returned Executed upon Ameriquest Mortgage Company, Inc. served on 3/26/2008, answer due 4/15/2008. (CTS, ) (Entered: 04/02/2008) |
| 03/28/2008 | 7 |  |

| Date | # | Description |
|---|---|---|
| | | SUMMONS Returned Executed upon AMC Mortgage Services, Inc. served on 3/26/2008, answer due 4/15/2008. (CTS, ) (Entered: 04/02/2008) |
| 04/14/2008 | 10 | ANSWER to Complaint by Ameriquest Mortgage Company, Inc..(Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 11 | Corporate Disclosure Statement by Ameriquest Mortgage Company, Inc.. (Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 12 | ANSWER to Complaint by Citi Residential Lending, Inc..(Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 13 | Corporate Disclosure Statement by Citi Residential Lending, Inc.. (Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 14 | ANSWER to Complaint by AMC Mortgage Services, Inc..(Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 15 | Corporate Disclosure Statement by AMC Mortgage Services, Inc.. (Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 16 | ANSWER to Complaint by ACC Capital Holdings Corporation.(Beardsley, Robin) (Entered: 04/14/2008) |
| 04/14/2008 | 17 | Corporate Disclosure Statement by ACC Capital Holdings Corporation. (Beardsley, Robin) (Entered: 04/14/2008) |
| 04/16/2008 | 18 | Joint MOTION to Stay *and Notice of Stay of All Proceedings* by Ameriquest Mortgage Company, Inc., AMC Mortgage Services, Inc., ACC Capital Holdings Corporation, Citi Residential Lending, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Beardsley, Robin) (Entered: 04/16/2008) |
| 04/17/2008 | | ORDER granting 18 Motion to Stay –– the case is stayed for a period of 90 days. Thereafter, the parties may reapply for a stay. Signed by Judge Robert R Armstrong on 04/17/08. (JTR) (Entered: 04/17/2008) |
| 05/09/2008 | 19 | Transfer Request Letter fm Clerk ND of IL,Eastern Division, w/ certified copy of Conditional Transfer Order [CTO–41] fm the Judicial Panel on Multidistrict Litgation transferring this case to the District of ND of IL for inclusion in MDL 1715 ("Ameriquest Mortgage Co. Mortgage Lending Practices Litigation"). The case has been directly assigned to Judge Marvin E. Aspen, and given the case no. 08–CV–2628. (CTS, ) (Entered: 05/09/2008) |