IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *William and Jackie Champion, et al. v.* ) *Ameriquest Mortgage Company, et al*; ) Case No. 08-cv-3960; ) *Lisa Parker, et al. v. Ameriquest Mortgage* ) *Company, et al.* ) Case No. 08-cv-2627; ) *Estella Byrd, et al. v. Ameriquest Mortgage* ) *Company, et al.* ) Case No. 08-cv-2628; ) *Cynthia Casteel, et al. v. Ameriquest* ) *Mortgage Company, et al.* ) Case No. 08-cv-2353; ) *Janice Long, et al. v. Ameriquest Mortgage* ) *Company, et al.* ) Case No. 08-cv-4290. ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable<br><br>Marvin E. Aspen |

## NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*William and Jackie Champion, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 08-cv-3960);

*Lisa Parker, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 08-cv-2627);

*Estella Byrd, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill.Case No. 08-cv-2628);

*Cynthia Casteel, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 08-cv-2353);

*Janice Long, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 08-cv-4290).

Respectfully submitted this 8th day of August, 2008.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiffs
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Bill.Robertson@BeasleyAllen.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 8th day of August, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Mr. Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203


  I further certify that on this 8th day of August, 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                */s/ William H. Robertson, V*
                OF COUNSEL